NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

## XPO LOGISTICS WORLDWIDE GOVERNMENT SERVICES, LLC,
*Plaintiff-Appellant*

**v.**

## UNITED STATES, CROWLEY LOGISTICS, INC.,
*Defendants-Appellees*

―――――――――

2017-2506

―――――――――

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00452-EDK, 1:17-cv-00455-EDK, Judge Elaine Kaplan.

―――――――――

## JUDGMENT

―――――――――

FREDERICK W. CLAYBROOK, JR., Claybrook LLC, Washington, DC, argued for plaintiff-appellant. Also represented by CHARLES BAEK, DANIEL RUBEN FORMAN, JAMES G. PEYSTER, MARK RIES, Crowell & Moring, LLP, Washington, DC.

CHRISTOPHER L. HARLOW, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee

United States. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., PATRICIA M. MCCARTHY.

KARA M. SACILOTTO, Wiley Rein LLP, Washington, DC, argued for defendant-appellee Crowley Logistics, Inc. Also represented by CARA LYN LASLEY, BRIAN GERARD WALSH, GARY SCOTT WARD.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 7, 2018 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |